# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-25-00518-CR

Mark Stinson, Appellant

v.

The State of Texas, Appellee

FROM THE 426TH DISTRICT COURT OF BELL COUNTY,
NO. 23DCR88943, THE HONORABLE STEVEN J. DUSKIE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Mark Stinson seeks to appeal his conviction for aggravated assault with a deadly weapon. *See* Tex. Penal Code § 22.02(a)(2). The trial court has certified that this is a plea-bargain case for which he has no right to appeal. *See Hargraves v. State*, Nos. 01-13-00194—00196-CR, 2013 WL 1932139, at *1 (Tex. App.—Houston [1st Dist.] May 9, 2013, no pet.) (mem. op., not designated for publication) (explaining that agreement in which defendant agreed to plead guilty in exchange for State's agreeing to abandon enhancement allegation was plea-bargain agreement); *Saldana v. State*, 161 S.W.3d 763, 764 (Tex. App.—Beaumont 2005, no pet.) (explaining that agreement in which State would recommend that sentences run concurrently constituted plea-bargain agreement). Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed for Want of Jurisdiction

Filed:   August 6, 2025

Do Not Publish